IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL



| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| ANGEL AGUILAR MONTALVO (01) | 4-22CR-013-Y |

## INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about January 10, 2019, in the Fort Worth Division of the Northern District of Texas, defendant **Angel Aguilar Montalvo** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce, including a computer.

Specifically, **Angel Aguilar Montalvo** used the Internet and an HP Laptop, model 15-CC057CL serial number 5CD7380KBH, to receive the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File | Description of the image |
|---|---|
| 561.jpg | This image depicts a young minor female nude from the waist down. A pink sex toy has been inserted into the genitals of the female child. The female child has a white pacifier in her mouth. |
| 565.jpg | This image depicts a young minor female lying down. A male is holding his erect penis inside the female child's open mouth. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

Indictment – Page 1

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Angel Aguilar Montalvo** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. HP Laptop, model 15-CC057CL, serial number 5CD7380KBH.

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
BRANDIE WADE
Assistant United States Attorney
State Bar of Texas No. 24058350
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ANGEL AGUILAR MONTALVO (01)

INDICTMENT

18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)
Receipt of Child Pornography
Count 1

18 U.S.C. § 2253
Forfeiture Notice

A true bill rendered

FORT WORTH                                                         FOREPERSON

Filed in open court this 12th day of January, 2022.

**Defendant in Federal Custody since November 23, 2021 in SDTX - McAllen.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:21-MJ-583-BJ